BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **2:10-CV-02854-FCD-DAD** |
| Plaintiff, | |
| v. | **APPLICATION AND ORDER FOR PUBLICATION** |
| APPROXIMATELY $3,872.00 IN U.S. CURRENCY, | |
| 2008 FORD F-250 SUPER DUTY TRUCK, VIN: 1FTSW21R98EC47788, LICENSE NUMBER: 0638FDP, and | |
| 2005 TERRY 5th WHEEL TRAILER, VIN: 1EA5R282851501994 LICENSE NUMBER: 1LS1242, | |
| Defendants. | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.  Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

1    2.   Local Rule 171, Eastern District of California, provides

2 that the Court shall designate by order the appropriate newspaper

3 or other vehicle for publication;

4    3.   The defendants Approximately $3,872.00 in U.S. Currency,

5 and the 2008 Ford F-250 Super Duty Truck, VIN: 1FTSW21R98EC47788,

6 License Number: 0638FDP were seized in the city of Oroville, in

7 Butte County, California.  The 2005 Terry 5th Wheel Trailer, VIN:

8 1EA5R282851501994, License Number: 1LS1242 was seized in the city

9 of Berry Creek, in Butte County, California.  The Drug

10 Enforcement Administration published notice of the non-judicial

11 forfeiture of the defendant properties on July 12, 19, and 26,

12 2010, in *The Wall Street Journal*.

13    4.   Plaintiff proposes that publication be made as follows:

14         a.   One publication;

15         b.   Thirty (30) consecutive days;

16         c.   On the official internet government forfeiture

17 site www.forfeiture.gov;

18         d.   The publication is to include the following:

19              (1)   The Court and case number of the action;

20              (2)   The date of the seizure/posting;

21              (3)   The identity and/or description of the

22 property seized/posted;

23              (4)   The name and address of the attorney for the

24 Plaintiff;

25              (5)   A statement that claims of persons entitled

26 to possession or claiming an interest pursuant to Supplemental

27 Rule G(5) must be filed with the Court and served on the attorney

28 for the Plaintiff no later than 60 days after the first day of

publication on the official internet government forfeiture site; and

          (6)   A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: October 20, 2010        BENJAMIN B. WAGNER
                         United States Attorney


                         /s/ Kristin S. Door
                         KRISTIN S. DOOR
                         Assistant U.S. Attorney


**ORDER**

    IT IS SO ORDERED.

DATED: October 22, 2010.

/s/ Dale A. Drozd

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\USvApprox$3,872.pub.ord