```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2700

 5  Attorneys for Plaintiff
    United States of America
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  2:10-CV-02854-FCD-DAD
                                   )
12            Plaintiff,           )  ORDER REGARDING CLERK'S
                                   )  ISSUANCE OF WARRANT FOR
13       v.                        )  ARREST OF ARTICLES IN REM
                                   )
14  APPROXIMATELY $3,872.00 IN U.S.)
    CURRENCY,                      )
15                                 )
    2008 FORD F-250 SUPER DUTY TRUCK,)
16  VIN: 1FTSW21R98EC47788,        )
    LICENSE NUMBER: 0638FDP, and   )
17                                 )
    2005 TERRY 5TH WHEEL            )
18  TRAILER, VIN: 1EA5R282851501994,)
    LICENSE NUMBER: 1LS1242,       )
19                                 )
              Defendants.          )
20  _____)
```

FILED
OCT 22 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

21   WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been
22  filed on October 21, 2010, in the United States District Court
23  for the Eastern District of California, alleging that the
24  defendants Approximately $3,872.00 in U.S. Currency (hereafter
25  "defendant currency"); a 2008 Ford F-250 Super Duty Truck, VIN:
26  1FTSW21R98EC47788, License Number: 0638FDP,(hereafter "defendant
27  vehicle"); and a 2005 Terry 5th Wheel Trailer, VIN:
28  1EA5R282851501994, License Number: 1LS1242, are subject to

1  forfeiture to the United States pursuant to 21 U.S.C. §§
2  881(a)(6) and (a)(4) for one or more violations of 21 U.S.C. §§
3  841 *et seq.*;

4  And, the Court being satisfied that, based on the Verified
5  Complaint for Forfeiture *In Rem* and the affidavit of Drug
6  Enforcement Administration Task Force Officer David Stevenson,
7  there is probable cause to believe that the defendant currency,
8  the defendant vehicle, and the defendant trailer so described
9  constitute property that is subject to forfeiture for such
10 violation(s), and that grounds for the issuance of a Warrant for
11 Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of
12 the Supplemental Rules for Admiralty or Maritime Claims and Asset
13 Forfeiture Actions;

14 IT IS HEREBY ORDERED that the Clerk for the United States
15 District Court, Eastern District of California, shall issue a
16 Warrant for Arrest of Articles *In Rem* for the defendant currency
17 the defendant vehicle, and the defendant trailer.

18 Dated: October 22, 2010

*/s/ Dale A. Drozd*
DALE A. DROZD
United States Magistrate Judge