BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $3,872.00 IN U.S. CURRENCY,<br><br>2008 FORD F-250 SUPER DUTY TRUCK, VIN: 1FTSW21R98EC47788, LICENSE NUMBER: 0638FDP, and<br><br>2005 TERRY 5TH WHEEL TRAILER, VIN: 1EA5R282851501994, LICENSE NUMBER: 1LS1242,<br><br>        Defendants. | 2:10-CV-02854-FCD-DAD<br><br>FINAL JUDGMENT OF FORFEITURE |

    Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

    1.   This is a civil forfeiture action against Approximately $3,872.00 in U.S. Currency (hereafter "defendant currency"); a 2008 Ford F-250 Super Duty Truck, VIN: 1FTSW21R98EC47788, License Number: 0638FDP (hereafter "defendant truck"); and a 2005 Terry 5TH Wheel Trailer, VIN: 1EA5R282851501994, License Number: 1LS1242 (hereafter "defendant trailer").

2.  A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on October 21, 2010, alleging that said defendant truck and defendant trailer are subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(4) and said defendant currency, defendant truck, and defendant trailer are subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3.  On or about October 22, 2010, the Clerk issued a Warrant for Arrest for the defendant currency, the defendant truck, and the defendant trailer.  The warrant for the defendant currency was duly executed on October 25, 2010, and the warrant for the defendant truck and the defendant trailer was duly executed on October 27, 2010.

4.  Beginning on October 27, 2010, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on November 29, 2010.

5.  In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individual:

   a.  Laurence Hall

6.  Potential claimant Hall stated that he is the sole owner of the defendant currency, the defendant truck, and the defendant trailer.

7.  No parties have filed claims or answers in this matter, and although the time for which any other person or entity may file a claim and answer has not expired, neither the

United States nor Hall is aware of any other person with a legal or equitable interest in any of the defendant property.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against claimant Laurence Hall and all other potential claimants.

3. Upon entry of this Final Judgment of Forfeiture, $3,872.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law. Upon entry of this Final Judgment of Forfeiture, the defendant truck shall be forfeited to the United States pursuant to 21 U.S.C. §§ 881(a)(4) and (a)(6).

4. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, the defendant trailer shall be returned to potential claimant Laurence Hall "as is."

5. That plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency, the defendant truck, and the defendant trailer. Hall shall hold the United States of America harmless from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency, the defendant truck, and

the defendant trailer.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

    6.   That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on or about October 21, 2010, the Court finds that there was reasonable cause for the seizure and arrest of the defendant currency, the defendant truck, and the defendant trailer, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

    7.   All parties are to bear their own costs and attorneys' fees.

    8.   The Court shall maintain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

    SO ORDERED THIS 2nd day of December, 2010.

                      _____
                        FRANK C. DAMRELL, JR.
                        UNITED STATES DISTRICT JUDGE

///
///
///

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed October 21, 2010, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant currency, the defendant truck and the defendant trailer, and for the commencement and prosecution of this forfeiture action.

DATED: December 2, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE